UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-60122-CIV-DAMIAN

CLEMENTE CABALLERO ESTRADA,

     Petitioner,

v.

KRISTI NOEM, *et al.*,

     Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Status Report, filed on March 31, 2026, indicating that Petitioner was afforded an individualized bond hearing on February 20, 2026, wherein bond was denied. [ECF No. 10].

In light of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DISMISSED**. This case is Closed.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 24th day of April, 2026.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record